## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bradford, Volney
Bradford, Hattie
Printed: 4/22/08

Case Number:  06 B 04384
Judge:  Wedoff, Eugene R
Filed:  4/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed - No Disch:  April 17, 2008
Confirmed:  August 10, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,080.46 |  |
| Secured: |  | 3,510.36 |
| Unsecured: |  | 3,109.40 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,872.70 |
| Trustee Fee: |  | 588.00 |
| Other Funds: |  | 0.00 |
| Totals: | 11,080.46 | 11,080.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,457.50 | 1,457.50 |
| 2. | Robert J Semrad & Associates | Administrative | 2,415.20 | 2,415.20 |
| 3. | Village of Maywood | Secured | 0.00 | 45.00 |
| 4. | Illinois Title Loans | Secured | 3,465.36 | 3,465.36 |
| 5. | Nicor Gas | Unsecured | 2,383.26 | 2,383.01 |
| 6. | Aspire Visa | Unsecured | 726.46 | 726.39 |
| 7. | Encore | Unsecured |  | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 9. | SBC | Unsecured |  | No Claim Filed |
| 10. | Hines VA Hospital | Unsecured |  | No Claim Filed |
| 11. | Loyola University Medical Center | Unsecured |  | No Claim Filed |
| 12. | Creditors Protection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,447.78 | $ 10,492.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 44.74 |
| 4.8% | 53.99 |
| 5.4% | 489.27 |
|  | $ 588.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bradford, Volney

Bradford, Hattie

Printed: 4/22/08

Case Number:  06 B 04384

Judge:  Wedoff, Eugene R

Filed:  4/19/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

